IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY MONTGOMERY,<br><br>            Petitioner,<br><br>   v.<br><br>VINCENT S. CULLEN,<br><br>            Respondent. | No. C 10-1625 LHK (PR)<br><br>ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE A TRAVERSE<br><br><br><br>(Docket No. 11) |

Petitioner has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court is Petitioner's motion for extension of time to file objection to Magistrate Judge's findings and recommendations. Because there is no Magistrate Judge's findings and recommendations, the Court will construe this as Petitioner's motion for extension of time to file his traverse.

Accordingly, Petitioner's motion for extension of time is GRANTED. Petitioner's traverse is due **thirty (30) days** from the date this order is signed.

This order terminates docket no. 11.

IT IS SO ORDERED.

DATED:    1/25/11

_____
LUCY H. KOH
United States District Judge

Order Granting  Extension of Time for Petitioner to File a Traverse
P:\PRO-SE\SJ.LHK\HC.10\Montgomery625GrantEOT-Traverse.wpd